UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>       vs.                           )<br>                                     )<br>LAWRENCE BOULANGER, aka              )<br>   JOHN BERLINGERI                   )<br>                                     )<br>              Defendant.     )   | CRIM. NO. 01-30033-MAP<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1542 - False<br>Statement in Application for<br>Passport (Count One)<br><br>18 U.S.C. § 1542 - False Use<br>of Passport (Count Two) |

The Grand Jury charges:

### INDICTMENT

**COUNT ONE:**   Title 18, United States Code, Section 1542 - False Statement in Application for Passport

On or about the 11th day of June, 1999, within the District of Massachusetts,

**LAWRENCE BOULANGER, aka JOHN BERLINGERI,**

defendant herein, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was "John Thomas Berlingeri", which statement he knew to be false.

In violation of Title 18, United States Code, Section 1542.

1

COUNT TWO:    Title 18, United States Code, Section 1542 - False Use of Passport

On or about the 11th day of June, 1999, within the District of Massachusetts,

**LAWRENCE BOULANGER, aka JOHN BERLINGERI,**

defendant herein, did willfully and knowingly use Passport No. 052432122, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefor which falsely stated that his true name was "John Thomas Berlingeri," which said passport the defendant used to facilitate the issuance of Passport No. 200811003.

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: ___AUGUST 2,_____, 2001

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT